**FILED**

JUN 05 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CARLOS RODRIGUEZ,<br><br>    Defendant. | No. 1:06CR00269 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on June 2, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released to a representative of Turning Point of Central California on Friday, June 6, 2014. A certified Judgment and Commitment order to follow.

Dated: June 5, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1