IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00269-002 LJO |
| | ) | |
| *Plaintiff,* | ) | ORDER FOR TRANSPORT TO |
| | ) | DELANCEY STREET |
| *vs.* | ) | |
| | ) | |
| CARLOS RODRIGUEZ | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

IT IS HEREBY ORDERED that defendant Carlos Rodriguez (Fresno Sheriff's Booking No. # 1827866; JID #1681188) shall be released to Teri Rothschild, B.S. - Investigator, from the Fresno County Jail on Thursday, November 8, 2018 at 8:00am, will then transport Carlos Rodriguez directly to the Delancey Street program located at 400 N. Vermont Avenue, Los Angeles, California 90004, for intake interview. If accepted, Carlos Rodriguez will stay at Delancey Street and abide by all rules of the program. If not accepted, Teri Rothschild will immediately and directly return Carlos Rodriguez to the Fresno County Jail by no later than midnight on November 8, 2018.

IT IS SO ORDERED.

Dated: **November 6, 2018**         /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE